# United States Court of Appeals
### For the Eighth Circuit

_____

No. 15-3870

_____

United States of America

*Plaintiff - Appellee*

v.

Charles Leroy Southern, Jr.

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Des Moines

_____

Submitted: April 7, 2016
Filed: April 12, 2016
[Unpublished]

_____

Before GRUENDER, ARNOLD, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

While serving a period of supervised release on a federal criminal sentence, Charles Southern admitted to the district court[1] that he had violated his release

_____

[1] The Honorable John A. Jarvey, Chief Judge, United States District Court for the Southern District of Iowa.

conditions.  The court revoked supervised release and imposed a revocation sentence of 5 months in prison--a sentence falling below the advisory Guidelines revocation range--and 41 months of additional supervised release.  Mr. Southern appeals, and argues for reversal that the sentence is substantively unreasonable.

Upon careful review of the record before us, we reject Mr. Southern's argument, and conclude that the sentence is substantively reasonable.  See United States v. Miller, 557 F.3d 910, 917 (8th Cir. 2009).  Accordingly, the judgment is affirmed, and we grant counsel leave to withdraw.

_____